UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-102-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NSABIMANA DOMINIQUE | ) | |

For good cause shown, the United States' motion to authorize agents of the Federal Bureau of Investigation (FBI) to collect DNA samples from Defendant, is hereby GRANTED. Agents of the FBI are hereby authorized to obtain buccal swab samples from Defendant for comparison with DNA recovered from relevant evidence.

SO ORDERED, this _20_ of _January_, 2016.

TERRENCE W. BOYLE
United States District Court Judge